# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Christopher Jude Martin<br>DEFENDANT(S). | CASE NUMBER<br><br>5:16-MJ-00447-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Thursday, November 17, 2016</u>, 2016, at <u>2:00</u>  ☐ a.m. / ☒ p.m. before the Honorable <u>KENLY KIYA KATO</u>, in Courtroom <u>4</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>November 14, 2016</u>

KENLY KIYA KATO
U.S. Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)  Page 1 of 1